```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    -against-

**EMILIO ROJAS-ROMERO,**

                **Defendant.**

-------------------------------------------------------------------- x

**16-CR-324 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for July 10, 2020 is adjourned to **September 21, 2020** at **2:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
            **June 26, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**