USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _10 - 7 - 20_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

United States of America,

                                                                            **ORDER**

                                                                            **16-CR-324 (ALC)**

                              -against-


Emilio Rojas-Romero,
-------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

        The Sentencing scheduled for December 10, 2020 is adjourned to **February 18, 2021** at

**10:00 a.m.**

        **SO ORDERED.**

   Dated: New York, New York
              October 7, 2020

                                        **ANDREW L. CARTER, JR.**
                                        **UNITED STATES DISTRICT JUDGE**