**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/25/22__

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com

TEL 212-227-8899                                                                    FAX 212-964-2926

April 22, 2022

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Emilio Rojas-Romero
16 Cr. 324 (ALC)

Your Honor:

    I write to request a final adjournment of Mr. Rojas-Romero's sentence which is currently scheduled for May 5, 2022. According to the current schedule, my sentencing submission was due yesterday. However, I was unable to file my sentencing submission because Mr. Rojas Romero's mitigation report has not been completed. The expert working on report is recovering and has returned to work, but needs additional time to finish the report. I seek the adjournment because I need the mitigation report and an opportunity to review it with Mr. Rojas Romero to before I file my submission.

    Therefore, I request an adjournment to a date in early June, 2022. The government, by Elinor Tarlow, Esq., consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**The application is GRANTED.** Sentencing adjourned to June 9, 2022 at 2:00 p.m.

SO ORDERED:

*Andrew L. Carter*
_____
HON. ANDREW L. CARTER  4/25/22